**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
13 Floor
New York, NY 10011

212.894.8960 tel

July 15, 2011

Larry Klayman
2800 Pennsylvania Avenue NW, Suite 345,
Washington, DC 20006

Re: Joseph Farah, et al., Pltfs. vs. Esquire Magazine, Inc., et al., Dfts.

Case No. 111CV01179 **RMC**

Dear Sir/Madam:

After checking our records and the records of the State of NY, it has been determined that C T Corporation System is not the registered agent for an entity by the name of Esquire Magazine, Inc..

Accordingly, we are returning the documents received from you.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 518833632

FedEx Tracking# 797308950088

cc: District of Columbia - U.S. District Court
    United States Courthouse,
    Third and Constitution Ave., NW,
    Washington, DC 20001

*Let this be filed RMColl 8/9/11*



RECEIVED
Mail Room
JUL 21 2011
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia