**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH FARAH, JEROME CORSI, WORLDNETDAILY.COM, and WND BOOKS,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ESQUIRE MAGAZINE, INC., HEARST COMMUNICATIONS, INC. and MARK WARREN,<br><br>　　　　　　　Defendants. | Civil Action No. 1:11-cv-001179 (RMC) |

**[PROPOSED] ORDER**

Upon consideration of Defendants Hearst Communications, Inc.'s and Mark Warren's Special Motion to Dismiss and Motion to Dismiss the Plaintiffs' Complaint, the Court, having considered same, and all papers and argument in connection therewith, finds as follows:

IT IS HEREBY:

**ORDERED** that the Special Motion to Dismiss pursuant to D.C. Code. § 16-5502 is hereby **GRANTED**; it is

**FURTHER ORDERED** that the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is hereby **GRANTED**; it is

**FURTHER ORDERED** that Defendants Hearst Communications, Inc. and Mark Warren may file a motion seeking fees and costs incurred.

**SO ORDERED.**

Dated this _____ day of _____, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Rosemary M. Collyer
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

Laura R. Handman (D.C. Bar No. 444386)
laurahandman@dwt.com
John Rory Eastburg (D.C. Bar No. 984434)
roryeastburg@dwt.com
1919 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006-3402
(202) 973-4200
(202) 973-4499 (fax)

Jonathan R. Donnellan (pro hac vice pending)
Kristina E. Findikyan (pro hac vice pending)
jdonnellan@hearst.com
kfindikyan@hearst.com
Hearst Corporation
Office of General Counsel
300 W. 57th Street, 40th Floor
New York, NY 10019
(212) 649-2020
(212) 649-2035 (fax)

*Attorneys for Defendants Hearst Communications, Inc. and Mark Warren*


Larry E. Klayman
leklayman@yahoo.com
Klayman Law Firm
2000 Pennsylvania Avenue, NW
Suite 345
Washington, D.C. 20006
(310) 595-0800
(310) 651-3025

*Attorney for Plaintiffs Joseph Farah, Jerome Corsi, WorldNetDaily.com and WND Books*